**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-03815 EAG |
| JESSICA VICTORIA PIMENTEL MORENO | * | CHAPTER 13 |
| DEBTOR | * | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN**
**AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **JESSICA VICTORIA PIMENTEL MORENO,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated July 22, 2016, herewith and attached to this motion.

2. This amended Plan is filed to increase the proposed Plan base to $116,850 in order to comply with the required "unsecured pool" of $83,697.60, pursuant to the Chapter 13 *Trustee's Report on Confirmation*, docket entry #20, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 22nd day of July, 2016.

*/s/Roberto Figueroa Carrasquillo*
**USDC #203614**
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                    Case No. **2:16-bk-3815**

PIMENTEL MORENO, JESSICA VICTORIA                                          Chapter **13**
_____
Debtor(s)

**AMENDED CHAPTER 13 PAYMENT PLAN**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ <br> ☐ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: **7/22/2016** <br> Filed by: ☑ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |

### I. PAYMENT PLAN SCHEDULE

$ **1,610.00** x **6** = $ **9,660.00**
$ **1,985.00** x **54** = $ **107,190.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                    TOTAL: $ **116,850.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

                PROPOSED BASE: $ **116,850.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,868.00**

Signed: **/s/ JESSICA VICTORIA PIMENTEL MORE**
         Debtor

         _____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de P**  Cr. _____  Cr. _____
# **0700993082**           # _____    # _____
$ **216.80**               $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**Banco Popular de P**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**          Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Label Matrix for local noticing
0104-2
Case 16-03815-EAG13
District of Puerto Rico
Ponce
Fri Jul 22 12:47:57 AST 2016

BANCO POPULAR DE PUERTO RICO -
MORTGAGE SERVICING DEPARTMENT (762)
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR PR
PO BOX 366818
SAN JUAN, PR 00936-6818

ORIENTAL BANK-CCU
CCU - BANKRUPTCY DEPARTMENT
PO BOX 364745
SAN JUAN, PR 00936-4745

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BBVA
PO Box 195115
San Juan, PR 00919-5115

Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR 00936-2708

Banco Santander Puerto
PO Box 362589
San Juan, PR 00936-2589

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Firstbank Puerto Rico
PO Box 11856
San Juan, PR 00910-3856

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Island Finance
706 Calle Marginal # 11102
Guayama, PR 00784

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

MONEY EXPRESS
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146
SAN JUAN PR 00908-0146

Money Express
PO Box 9146
San Juan, PR 00908-0146

ORIENTAL BANK
Centralized Collections Unit
BOX 364745,
SAN JUAN, P.R. 00936-4745

Oriental Bank
PO Box 31021
Tampa, FL 33631-3021

SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

Sears/Cbna
PO Box 78051
Phoenix, AZ 85062-8051

Syncb/Care Credit
PO Box 960061
Orlando, FL 32896-0061

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JESSICA VICTORIA PIMENTEL MORENO
URB GUAYAMA VALLEY
42 CALLE AMATISTA
GUAYAMA, PR 00784-7623

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

VIRGINIA DEPARTMENT OF TAXATION
PO Box 2369
Richmond, VA  23218-2369


                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANCO POPULAR DE PUERTO RICO          End of Label Matrix
MORTGAGE SERVICING DEPARTMENT (762)      Mailable recipients    25
PO BOX 362708                            Bypassed recipients      1
SAN JUAN PR  00936-2708                  Total                   26