**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JESSICA VICTORIA PIMENTEL MORENO**<br><br>xxx–xx–5332<br><br><br>Debtor(s) | Case No. **16–03815 EAG**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 7/3/17 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: rustee's motion requesting debtor to modify plan dated 07/22/2016 filed by Trustee, docket #31.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Monday, July 3, 2017 .

Edward A. Godoy
United States Bankruptcy Judge