**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**IN RE**
                              **CASE NUMBER  16-03815-EAG**
**JESSICA VICTORIA PIMENTEL MORENO**

                            **CHAPTER 13**

**Debtor(s)**
********************************\

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

  **COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-3(k)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)
Instructional Course Requirement**

5. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

    **WHEREFORE,** it is respectfully requested from this Honorable

Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 4/22/2021.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

16-03815-EAG                                   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| BANCO POPULAR DE PR<br>MORTGAGE SERVICING DIV (762)<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 | BANCO POPULAR DE PR<br>JOSE A MOREDA DEL VALLE LAW OFFICES<br>4002 AURORA ST<br>PONCE, PR  00717-1513 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | MONEY EXPRESS<br>C/O LYDIA PACHECO<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>R FIGUEROA CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | SANTANDER FINANCIAL DBA ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR  00919-5369 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011<br>WARREN, MI  48090 |
| JEFFERSON CAPITAL SYSTEM LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | JESSICA VICTORIA PIMENTEL MORENO<br>3324 NW 16TH AVE<br>POMPANO BEACH, FL  33064-1406 |

| | |
|---|---|
| SEARS/CBNA<br>PO BOX 78051<br>PHOENIX, AZ 85062-8051 | COMMONWEALTH OF VIRGINIA<br>DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 |

JESSICA VICTORIA PIMENTEL MORENO

3324 NW 16TH AVE
POMPANO BEACH, FL 33064-1406

ROBERTO FIGUEROA CARRASQUILLO*

R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR 00726-0186

DATED: 4/22/2021 /s/Olga Lopez